EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  541-2850
Facsimile:  541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00176-001 |
| | ) | |
| Plaintiff, | ) | RELEASE OF NOTICE OF LIEN |
| | ) | |
| vs. | ) | |
| | ) | |
| PATRICIA LEILANI BRUNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

RELEASE OF NOTICE OF LIEN

The United States of America, by and through its
attorneys, EDWARD H. KUBO, JR., United States Attorney for the
District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney,
states that on May 9, 2005, a Judgment In A Criminal Case was
entered against Patricia Leilani Brunson, (SSN: XXX-XX-2595) in
the U.S. District Court, District of Hawaii, ordering payment of
special assessment of $2,600.00.

A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To The Anti-Terrorism And Effective Death Penalty Act Of 1996 was recorded on December 15, 2006 at the Bureau of Conveyances, State of Hawaii, Document No. 2006-230502.

The special assessment amount has been fully satisfied.

DATED: <u>April 30, 2008</u>, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


/s/ Edric M. Ching
By: _____
EDRIC M. CHING
Assistant U.S. Attorney

Attorneys for Plaintiff

2